B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Industrial Mechanical Contractors of Illinois** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1648072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8320 Martens Drive**<br>**Savanna, IL**<br>ZIP Code **61074** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Carroll** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Industrial Mechanical Contractors of Illinois** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Industrial Mechanical Contractors of Illinois** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** **/s/ Debra J. Vorhies Levine**<br>Signature of Attorney for Debtor(s)<br><br>**Debra J. Vorhies Levine 6239484**<br>Printed Name of Attorney for Debtor(s)<br><br>**DVL Law Offices**<br>Firm Name<br><br>**53 W. Jackson Blvd. Suite 1001**<br>**Chicago, IL 60604**<br><br>_____<br>Address<br><br>**Email: debravlevine@yahoo.com**<br>**312-880-0224 Fax: 312-588-0785**<br>Telephone Number<br><br>**November 13, 2013**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** **/s/ Reginald Mull**<br>Signature of Authorized Individual<br><br>**Reginald Mull**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**November 13, 2013**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Industrial Mechanical Contractors of Illinois**                Case No.
Debtor(s)                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Airgas**<br>**P.O.Box 802588**<br>**Chicago, IL 60680-2588** | **Airgas**<br>**P.O.Box 802588**<br>**Chicago, IL 60680-2588** | | | **41,015.96** |
| **Central States Group**<br>**P.O. Box 30047**<br>**Omaha, NE 68103-1147** | **Central States Group**<br>**P.O. Box 30047**<br>**Omaha, NE 68103-1147** | | | **140,840.87**<br>**(0.00 secured)** |
| **Columbia Pipe & Supply Co.**<br>**23671 Network Place**<br>**Chicago, IL 60673** | **Columbia Pipe & Supply Co.**<br>**23671 Network Place**<br>**Chicago, IL 60673** | | | **19,539.74** |
| **IDES**<br>**P.O. Box 3637**<br>**Springfield, IL 62791** | **IDES**<br>**P.O. Box 3637**<br>**Springfield, IL 62791** | | | **30,993.56** |
| **Iowa Dept. of Revenue**<br>**P.O. Box 10411**<br>**Des Moines, IA 50306** | **Iowa Dept. of Revenue**<br>**P.O. Box 10411**<br>**Des Moines, IA 50306** | | | **22,000.00** |
| **IRS**<br>**Stop 5013 Chi**<br>**230 S Dearborn**<br>**Chicago, IL 60604** | **IRS**<br>**Stop 5013 Chi**<br>**230 S Dearborn**<br>**Chicago, IL 60604** | | | **300,000.00** |
| **Leeps**<br>**8001 Tyler St.**<br>**Merrillville, IN 46410** | **Leeps**<br>**8001 Tyler St.**<br>**Merrillville, IN 46410** | | | **29,257.48** |
| **Liebovich**<br>**P.O Box 1779**<br>**Cedar Rapids, IA 52406** | **Liebovich**<br>**P.O Box 1779**<br>**Cedar Rapids, IA 52406** | | | **24,199.83** |
| **Local #498 Pension**<br>**59912**<br>**Milwaukee, WI 53259** | **Local #498 Pension**<br>**59912**<br>**Milwaukee, WI 53259** | | | **40,634.66** |
| **O'Brien Steel Service**<br>**1700 N.E. Adams**<br>**Peoria, IL 61603** | **O'Brien Steel Service**<br>**1700 N.E. Adams**<br>**Peoria, IL 61603** | | | **23,898.22**<br>**(0.00 secured)** |
| **O'DONNELL CRANE**<br>**59 W. ELM AVE**<br>**Cortland, IL 60112** | **O'DONNELL CRANE**<br>**59 W. ELM AVE**<br>**Cortland, IL 60112** | | | **58,977.06** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Industrial Mechanical Contractors of Illinois**    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Paramount Funding<br>242 W. 36th st<br>14th fl<br>New York, NY 10018 | Paramount Funding<br>242 W. 36th st<br>14th fl<br>New York, NY 10018 | | | 88,411.87 |
| Peoria Roofing<br>309 N.E. Rock Island<br>Peoria, IL 61603 | Peoria Roofing<br>309 N.E. Rock Island<br>Peoria, IL 61603 | | | 19,590.00 |
| Petrochem<br>110 Corporate Plce<br>Vallejo, CA 94590 | Petrochem<br>110 Corporate Plce<br>Vallejo, CA 94590 | | | 31,698.89 |
| Praxair<br>10660 Palatine<br>Palatine, IL 60055-0660 | Praxair<br>10660 Palatine<br>Palatine, IL 60055-0660 | | | 18,592.46 |
| Seeser, Inc.<br>3610 S. 54th St.<br>Clinton, IA 52732 | Seeser, Inc.<br>3610 S. 54th St.<br>Clinton, IA 52732 | | | 27,003.78 |
| Trillium Construction<br>P.O. Box 671854<br>Detroit, MI 48267 | Trillium Construction<br>P.O. Box 671854<br>Detroit, MI 48267 | | | 46,259.20 |
| True Value<br>16074 South Oark aVenue<br>South Holland, IL 60473 | True Value<br>16074 South Oark aVenue<br>South Holland, IL 60473 | | | 101,928.36 |
| Two Rivers Bank<br>222 N. Main St.<br>Burlington, IA 52601 | Two Rivers Bank<br>222 N. Main St.<br>Burlington, IA 52601 | 5200006826, 5200006833, 5200007150 | | 639,163.54 |
| United Rentals, Inc.<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | United Rentals, Inc.<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | | | 91,584.28 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 13, 2013**            Signature  **/s/ Reginald Mull**
                                                  **Reginald Mull**
                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Airgas
P.O.Box 802588
Chicago, IL 60680-2588


Allocco, Miller & Cahill
3409 N. Paulina St.
Chicago, IL 60657


Alternatives Collections, LLC
3842 Harlem Rd., Suite 341
Buffalo, NY 14215


Aquasys Flow Controls Inc.
6045 Creditview Rd., Suite 326
Mississaugua, ON. L5V OB1. Canada


AZZ Galvanizing
P.O. Box 843771
Dallas, TX 75284-3771


Berkleynet
P.O. Box 535080
Atlanta, GA 30353


Big River Equipment
5875 State St.
Bettendorf, IA 52722


Blackhawk Foundations Co., INC.
P.O. Box 29
Geneseo, IL 61254


Boss Office Supplies
127-5th Ave.
South Clinton, IA 52732


Bowman & Associates, Inc.
3802 34th St.
Moline, IL 61265


Carroll County
P.O. Box 198 Mount Carroll
Mount Carroll, IL 61053-0198

```
Central States Group
P.O. Box 30047
Omaha, NE 68103-1147


Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673


Davis Sand & Gravel, Inc.
1130 W. Locust
Canton, IL 61520


Diamond Vogal
1506 Bluff Rd.
Burlington, IA 52601


Eastern Iowa Community College
306 West River Drive
Davenport, IA 52801-1221


Fastenal Company
1286 Winona
Winona, MN 55987-1286


Fereday Heating Company
1010 Broadway
Waterloo, IA 50703


Gateway Door Company
203 21st St.
Camanche, IA 52730


Grainger
5959 W. Howard St
Niles, IL 60714-4014


Humana
P.O. Box 0884
Carol Stream, IL 60132


Hydratight
1102 Hall Court
Deer Park, TX 77536
```

```
IDES
P.O. Box 3637
Springfield, IL 62791


Illinois Ventures for Community Act
P.O Box 9285
Springfield, IL 62791-9285


Iowa Dept. of Revenue
P.O. Box 10411
Des Moines, IA 50306


IRS
Stop 5013 Chi
230 S Dearborn
Chicago, IL 60604


Leeps
8001 Tyler St.
Merrillville, IN 46410


Liberty Mutual
P.O. Box 0992
Carol Stream, IL 60132


Liebovich
P.O Box 1779
Cedar Rapids, IA 52406


Local #498 Pension
59912
Milwaukee, WI 53259


Manatts
P.O. Box 448
Des Moines, IA 50302


Mathis Kelley
1046 W. Jefferson St.
Morton, IL 61550


McElroy Metal Service Center
P.O. Box 1735
Shreveport, LA 71166
```

```
McMaster- Carr Supply
P.O. Box 7690
Chicago, IL 60680-7690


McNicholas Co.
P.O. Box 101211
Atlanta, GA 30392-1211


Mid-States Supply Company Inc.
NW 6275
P.O. Box 1450
Minneapolis, MN 55485-6275


Midwest Family Mutual
P.O. Box 9425
Minneapolis, MN 55440


Midwest Metal Products
P.O. Box 8800
Michigan City, IN 46361


Modspace
1200 Swedesford
Berwyn, PA 19312


Napa Auto Parts
501 Main Street
Savanna, IL 61074


NCS Equipment Rental
3211 Antelope Ave.
Kearney, NE 68847


O'Brien Steel Service
1700 N.E. Adams
Peoria, IL 61603


O'DONNELL CRANE
59 W. ELM AVE
Cortland, IL 60112


Paramount Funding
242 W. 36th st
14th fl
New York, NY 10018
```

```
Pattern Industries Inc.
4539 Solutions Center
Chicago, IL 60677-4005


Peoria Roofing
309 N.E. Rock Island
Peoria, IL 61603


Permatherm Inc
269 Industrial Park Dr
Monticello, GA 31064


Petrochem
110 Corporate Plce
Vallejo, CA 94590


Praxair
10660 Palatine
Palatine, IL 60055-0660


R.P Lumber
9512 South Powell Rd
Peoria, IL 61607


R.S. Stover
P.O. Box 5101
Des Moines, IA 50305


SBM
501 Locust st
Sterling, IL 61081


Seeser, Inc.
3610 S. 54th St.
Clinton, IA 52732


Sherwin Williams
2010 Lincoln Way
Clinton, IA 52732


SMC
1287 W. Ave
Ames, IA 50014
```

Springfield Electric
225 West Washington St.
East Peoria, IL 61611


Stephenson Service Company
P.O. Box 917
Freeport, IL 61032


Sterling Steel
1103 Industrial Park Rd.
Rock Falls, IL 61071


Stetson Building Products
2205 Bell Ave.
Des Moines, IA 50321


Sunbelt Rentals
P.O. Box 375
Decatur, IL 62525


Tradesmen International
4478 Solutions Center
Chicago, IL 60677


Trane
3600 Pammel Creek Rd.
La Crosse, WI 54601


Trillium Construction
P.O. Box 671854
Detroit, MI 48267


True Value
16074 South Oark aVenue
South Holland, IL 60473


Two Rivers Bank
222 N. Main St.
Burlington, IA 52601


United Healthcare Insurance Company
22070 Network Place
Chicago, IL 60673

```
United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384-0711


Van Meter Inc.
5775 Tremont Ave.
Davenport, IA 52807


Wessels Sherman
1860 Executive Drive, Suite E-1
Oconomowoc, WI 53066


Westmont Interior Supply House
1926 S. Lydia St.
Peoria, IL 61605
```

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Industrial Mechanical Contractors of Illinois**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Industrial Mechanical Contractors of Illinois**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 13, 2013**  
Date

**/s/ Debra J. Vorhies Levine**  
**Debra J. Vorhies Levine**  
Signature of Attorney or Litigant  
Counsel for  **Industrial Mechanical Contractors of Illinois**  
**DVL Law Offices**  
**53 W. Jackson Blvd. Suite 1001**  
**Chicago, IL 60604**  
**312-880-0224 Fax:312-588-0785**  
**debravlevine@yahoo.com**